AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>BUDGET HEATING AND AIR CONDITIONING, INC. )<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 8:17 cv1630T25 JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BUDGET HEATING AND AIR CONDITIONING, INC.
6217 Anderson Road
Tampa, Florida 33634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David F. Tamaroff, Esq.
LIPSCOMB & PARTNERS, PLLC
25 SE 2nd Avenue, 8th Floor, Miami, Florida 33131
Tel: (786) 431-2228 / Fax: (786) 431-2229
Email: dt@lipscombpartners.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL - 6 2017

*Signature of Clerk or Deputy Clerk*

[Stamp: CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA   2017 JUL -6 PM 1:14   RECEIVED]